14 F.3d 48
 Reid (Bernard S.)
v.
Department of Corrections, Fauver (William H.), Comm., Beyer
(Howard H.), Adm., Burton (D.), Hearing Officer, Nunn
(Cheif), Douglas (K.), Lt., Nangle (Lt.), Smith (J.M.), C/O,
O'Neill (Eugene), Pecora (Capt.), Morton (W.), Pogorzelski
(Asst. Adm.), Bennett (Lt.), Lach (Sgt.), Saltzman (A.),
Clark (P.), Jones (S.C.O.), Coats (S.C.O.)
 NO. 93-5249
 United States Court of Appeals,
Third Circuit.
 Nov 18, 1993
 
 Appeal From: D.N.J.,
 Brown, J.
 
 
 1
 AFFIRMED.